HALL, Appellant, v. PRUDENTIAL INS. CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 17, 1912.) Action by Richard Hall, as executor, etc., against the Prudential Insurance Company of America. No opinion. Judgment (72 Misc. Rep. 525, 130 N. Y. Supp. 355) affirmed, with costs.

HALLORAN, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Patrick F. Halloran, as administrator, etc., against the Long Island Railroad Company. Baldwin & Byrne, for appellant. W. C. Beecher, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HAMILTON, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Albert H. Hamilton against the Press Publishing Company. No opinion. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, upon the ground that the verdict is grossly excessive.

HANKOWSKA, Respondent, v. BUFFALO SAVINGS BANK, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) Action by Antonina Hankowska against the Buffalo Savings Bank.

PER CURIAM. Judgment of Special Term and of City Court reversed, and new trial granted, with costs in all courts to appellant to abide event. Held, that receiving in evidence the marks made by the plaintiff in open court was prejudicial error. New trial to be had on February 12, 1912, at 10 a. m.

McLENNAN, P. J., dissents.

HANNAHS, Respondent, v. HAMMOND TYPEWRITER CO., Appellant. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Frederick W. Hannahs, as administrator, etc., against the Hammond Typewriter Company. N. D. Becker, for appellant. D. T. Ackerly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HANNAN, Respondent, v. McCAIN, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by William W. Hannan against Florence A. McCain.

PER CURIAM. Judgment and order of the County Court of Westchester County reversed, and new trial ordered, costs to abide the event, for error in the ruling on the questions of evidence presented at folio 48.

HIRSCHBERG, J., dissents.

HARDEN, Appellant, v. HOOPS, Respondent. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Percival L. Harden against William T. Hoops. I. N. Jacobson, for appellant. W. F. Severance, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 137 App. Div. 299, 121 N. Y. Supp. 1086; 143 App. Div. 906, 127 N. Y. Supp. 1123.

HARTRIDGE, Respondent, v. MAYER, Appellant. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Clifford W. Hartridge against Charles W. Mayer. C. F. Williams, for appellant. C. W. Hartridge, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents, on the ground that the verdict was exorbitant and excessive.

HAYDEL, Respondent, v. GOULD, Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Abner J. Haydel against Charles A. Gould. R. T. Greene, for appellant. J. N. Hayes, for respondent. No opinion. Order appealed from affirmed, with $10 costs and disbursements. Order filed. See, also, 136 App. Div. 594, 121 N. Y. Supp. 194.

HAYES, Respondent, v. HAYES, Appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Catherine Hayes against Edmond J. Hayes.

PER CURIAM. Motion to vacate order dismissing appeal granted, on condition that within 10 days appellant pay to respondent $25 costs, perfect the appeal, and place it on the next calendar. Motion for stay granted, on condition that defendant give a proper undertaking to pay the arrears of alimony, in the event that the order adjudging him in contempt be affirmed. Settle order before Mr. Justice Carr. See, also, 131 N. Y. Supp. 1119.

HEBBARD, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1912.) Action by Frank W. Hebbard against the New York & Queens County Railway Company. No opinion. Judgment and order of the County Court of Queens County unanimously affirmed, with costs. See, also, 144 App. Div. 911, 128 N. Y. Supp. 1126.

HELFRICH, Respondent, v. ROBERT, GAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Peter Helfrich, an infant, by Jacob Helfrich, his guardian ad litem, against the Robert Gair Company. No opinion. Motions denied, without costs. See, also, 132 N. Y. Supp. 1132.